# Notice Recipients

District/Off: 0311−1         User: admin              Date Created: 7/22/2024
Case: 24−11461−TMH           Form ID: 309D            Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Screen Media Ventures, LLC | 132 East Putnam Avenue | Floor 2W | Cos Cob, CT 06807 | |
| tr | George L. Miller | 1628 John F. Kennedy Blvd. | Suite 950 | Philadelphia, PA 19103−2110 | |
| aty | Ricardo Palacio, Esq | Ashby & Geddes, P. A. | 500 Delaware Avenue | 8th Floor | Wilmington, DE 19801 |

TOTAL: 3