# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC, *et al.*,<br><br>　　　　　Debtors. | Case No. 24-11461-TMH<br><br>Chapter 11<br><br>*JOINT ADMINISTRATION* |
| In re:<br><br>SCCREEN MEDIA VENTURES,<br><br>　　　　　Debtor. | Case No. 24-11461-TMH<br><br>Chapter 11<br><br>*JOINT ADMINISTRATION* |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

Please take notice that THE SHAPIRO FIRM, LLP hereby appears in the above-captioned case as counsel for creditor, WEIRD HISTORY PRODUCTIONS, INC., and requests that any and all notices given or required to be given in this case and any and all papers served in this case be given to and served upon the undersigned at the office and address set forth below:

>Robet J Shapiro, Esq.
>THE SHAPIRO FIRM, LLP
>270 Madison Avenue, Suite 1801
>New York, New York 10016
>Telephone: (212) 391-6464
>Email:  rshapiro@theshapirofirm.com

Please take notice that the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes,

without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in this matter, whether transmitted or conveyed by mail, hand delivery, facsimile, electronic transmission, or otherwise.

Please take notice that the foregoing request includes all notices required to be served under any and all of the provisions of the Bankruptcy Code and, without limitation, Bankruptcy Rules 2002 and 9007.

    THE SHAPIRO FIRM, LLP

    By: /s/ *Robert J. Shapiro*
        Robert J. Shapiro, Esq.*
    270 Madison Ave., Suite 1801
    New York, New York 10016
    Telephone: (212) 391-6464
    Email: rshapiro@theshapirofirm.com
    (**Pro Hac Vice Motion to be filed, if necessary*)

    *Counsel for Creditor-*
    WEIRD HISTORY PRODUCTIONS, INC.

Dated:    New York, New York
           August 13, 2024

*To:*    Ricardo Palacio, Esq.
      ASHBY & GEDDES, P.A.
      *500 Delaware Avenue, 8th Floor*
      *Wilmington, DE 19801*
      *Tel. (302) 654-1888*
      *Email: rpalacio@ashbygeddes.com*

      *Counsel for the Debtors*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC, *et al.*,<br><br>Debtors. | Case No. 24-11461-TMH<br><br>Chapter 11<br><br>*JOINT ADMINISTRATION* |
| In re:<br><br>SCREEN MEDIA VENTURES, LLC,<br><br>Debtor. | Case No. 24-11461-TMH<br><br>Chapter 11<br><br>*JOINT ADMINISTRATION* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2024, I caused to be electronically filed the foregoing papers with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all ECF participants.

THE SHAPIRO FIRM, LLP

By: /s/ *Robert J. Shapiro*
      Robert J. Shapiro, Esq.*

*(*Pro Hac Vice Motion to be filed, if necessary)*